[*Stipulating parties listed on signature page*]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| INTRI-PLEX TECHNOLOGIES, INC.,<br><br>Plaintiff,<br><br>v.<br><br>NHK INTERNATIONAL CORPORATION; NHK SPRING CO., LTD.; OGAKI SEIKO CO., LTD.; AND SEIKO HIGH TEC CORP.<br><br>Defendants. | Case No. 3:17-cv-01097-EMC<br><br>**STIPULATION AND [CORRECTED] [PROPOSED] ORDER REGARDING INITIAL DISCLOSURES** |

WHEREAS, Plaintiff Intri-Plex Technologies, Inc. ("Plaintiff") filed its complaint on March 3, 2017 naming as Defendants NHK International Corporation ("NHK International"), NHK Spring Co., LTD. ("NHK Spring"), Ogaki Seiko Co., LTD. ("Ogaki Seiko") and Seiko High Tec Corp. ("Seiko High Tec") (collectively, the "Defendants") (D.I. 1);

WHEREAS, on March 6, 2017, the Court issued an Order Setting Initial Case Management Conference and ADR Deadlines (D.I. 7) setting May 10, 2017 as the deadline to hold a Rule 26(f) conference, May 24, 2017 as the deadline for the Initial Disclosures and the Joint Case Management Statement, and May 31, 2017 for the Initial Case Management Conference;

WHEREAS, on March 27, 2017, the Court issued an Order Regarding Service of Process (D.I. 20) moving the time to answer the complaint to June 7, 2017;

WHEREAS, the Defendants have not yet filed an answer to the complaint;

WHEREAS, on May 10, 2017, the parties held their Rule 26(f) conference;

WHEREAS, on May 11, 2017, the Court issued an Order Reassigning Case (D.I. 29) reassigning this case to the Honorable Judge Edward M. Chen and vacating the previously-scheduled Initial Case Management Conference;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the parties that:

1. Notwithstanding the times set forth in the Order Setting Initial Case Management Conference and ADR Deadlines (D.I. 7), the deadline for the Initial Disclosures shall be June 7, 2017; and

2. No other dates or deadlines shall be modified by this stipulation and order.

DATED: May 25, 2017　　　　　　　　　SIMPSON THACHER & BARTLETT LLP

By: /s/ Jeffrey E. Ostrow

　　Jeffrey E. Ostrow (SBN 213118)
　　jostrow@stblaw.com
　　Jason M. Bussey (SBN 227185)
　　jbussey@stblaw.com
　　Michael H. Joshi (SBN 302184)
　　michael.joshi@stblaw.com
　　2475 Hanover Street
　　Palo Alto, California 94304
　　Telephone: (650) 251-5000
　　Facsimile: (650) 251-5002

*Attorneys for Plaintiff Intri-Plex Technologies, Inc.*

DATED: May 25, 2017　　　　　　　　　FORAN GLENNON PALANDECH PONZI & RUDLOFF PC

By: /s/ Marjie D. Barrows

　　Marjie D. Barrows
　　*Attorneys for Defendants NHK International Corporation; NHK Spring Co., Ltd.; Ogaki Seiko Co., Ltd.; Seiko High Tec Corp.*

# ATTESTATION OF CONCURRENCE IN FILING

Pursuant to the Northern District of California's Local Rule 5-1(i)(3), I attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: May 25, 2017　　　　　　　　　　SIMPSON THACHER & BARTLETT LLP

　　　　　　　　　　　　　　　　　　　By:　/s/ Jeffrey E. Ostrow
　　　　　　　　　　　　　　　　　　　　　Jeffrey E. Ostrow

　　　　　　　　　　　　　　　　　　　*Attorney for Plaintiff Intri-Plex Technologies, Inc.*

**[PR~~OP~~OSED] ORDER**

Pursuant to foregoing stipulation, IT IS SO ORDERED that the deadline for the Initial Disclosures shall be June 7, 2017.

Dated: __5/26__, 2017



_____
Judge Edward M. Chen