| | |
|---|---|
| 1 | JEFFREY E. OSTROW (SBN 213118) |
| 2 | jostrow@stblaw.com |
|   | MICHAEL H. JOSHI (SBN 302184) |
| 3 | michael.joshi@stblaw.com |
|   | SIMPSON THACHER & BARTLETT LLP |
| 4 | 2475 Hanover Street |
|   | Palo Alto, California 94304 |
| 5 | Telephone:  (650) 251-5000 |
|   | Facsimile:  (650) 251-5002 |
| 6 | |
| 7 | NOAH M. LEIBOWITZ (*Pro Hac Vice*) |
|   | nleibowitz@stblaw.com |
| 8 | SIMPSON THACHER & BARTLETT LLP |
|   | 425 Lexington Avenue |
| 9 | New York, New York 10017 |
|   | Telephone:  (212) 455-2000 |
| 10 | Facsimile:  (212) 455-2502 |

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| INTRI-PLEX TECHNOLOGIES, INC., | Case No. 3:17-cv-01097-EMC |
| Plaintiff, | |
| v. | **STIPULATION AND [P~~ROPOSED~~]** |
| NHK INTERNATIONAL CORPORATION; NHK SPRING CO., LTD.; OGAKI SEIKO CO., LTD.; AND SEIKO HIGH TEC CORP. | **ORDER AMENDING CLAIM CONSTRUCTION SCHEDULE** |
| Defendants. | |

STIPULATION AND [PROPOSED] ORDER
AMENDING CLAIM CONSTRUCTION SCHEDULE                                    CASE NO. 3:17-CV-01097-EMC

| | |
|---|---|
| 1 | WHEREAS, Plaintiff Intri-Plex Technologies, Inc. ("IPT") and Defendants NHK International Corporation, NHK Spring Co., Ltd., Ogaki Seiko Co., Ltd., and Seiko High Tec Corp. (collectively "Defendants") filed their Joint Claim Construction and Prehearing Statement on October 16, 2017 (D.I. 66); |

WHEREAS, Plaintiff Intri-Plex Technologies, Inc. ("IPT") and Defendants NHK International Corporation, NHK Spring Co., Ltd., Ogaki Seiko Co., Ltd., and Seiko High Tec Corp. (collectively "Defendants") filed their Joint Claim Construction and Prehearing Statement on October 16, 2017 (D.I. 66);

WHEREAS IPT's Opening Claim Construction Brief is due November 22, 2017;

WHEREAS, pursuant to L.R. 6-2(a)(1), the parties state that they have been, and continue to be, engaged in discussions in an attempt to narrow the areas of disagreement regarding the disputed terms for construction, and have agreed to push back the claim construction briefing schedule in light of these discussions;

WHEREAS, pursuant to L.R. 6-2(a)(2), the parties state that they previously extended by stipulation the time for Defendants to answer or otherwise move in response to the complaint but that no other time modifications have been made in the case; and

WHEREAS, pursuant to L.R. 6-2(a)(3), the parties state that they do not believe the requested time modification will have an effect on the remaining schedule for the case;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, subject to the approval of the Court, that the Claim Construction Schedule (D.I. 58) is amended as follows:

| Event | Date Set Forth in Original Claim Construction Schedule (D.I. 58) | New Date |
|---|---|---|
| Plaintiff's Opening Claim Construction Brief | November 22, 2017 | December 1, 2017 |
| Defendants' Responsive Claim Construction Brief | December 6, 2017 | December 15, 2017 |
| Plaintiff's Reply Claim Construction Brief | December 13, 2017 | December 22, 2017 |
| Technology Tutorial | January 16, 2018 (10:00 a.m.) | |
| *Markman* Hearing | January 29, 2018 (2:30 p.m.) | |

DATED: November 20, 2017

Respectfully submitted,

SIMPSON THACHER & BARTLETT LLP

By: /s/ *Jeffrey E. Ostrow*
    Jeffrey E. Ostrow (SBN 213118)
    jostrow@stblaw.com
    Michael H. Joshi (SBN 302184)

| | |
|---|---|
| | michael.joshi@stblaw.com
2475 Hanover Street
Palo Alto, California 94304
Telephone: (650) 251-5000
Facsimile: (650) 251-5002

Noah M. Leibowitz (*Pro Hac Vice*)
nleibowitz@stblaw.com
425 Lexington Avenue
New York, New York 10017
Telephone: (212) 455-2000
Facsimile: (212) 455-2502

*Attorneys for Plaintiff* |
| DATED: November 20, 2017 | SINGULARITY LLP


By: ␣␣/s/ *Frank L. Bernstein*␣␣

Frank L. Bernstein (State Bar No. 189504)
555 Twin Dolphin Drive, Suite 610
Redwood Shores, CA 94065
Telephone: (650) 720-4650
Facsimile: (650) 720-4662
fbernstein@ipsingularity.com

Of Counsel:
William H. Mandir
John F. Rabena
Yoshinari Kishimoto
Fadi Kiblawi
Andrew Ritter
Arun Shome
Young Sun Kwon
SUGHRUE MION, PLLC
2100 Pennsylvania Ave. NW
Washington, DC 20037
Telephone: (202) 293-7060
Facsimile: (202) 293-7860
wmandir@sughrue.com
jrabena@sughrue.com
ykishimoto@sughrue.com
fkiblawi@sughrue.com
aritter@sughrue.com
ashome@sughrue.com
ykwon@sughrue.com

*Attorneys for Defendants* |

# ATTESTATION OF CONCURRENCE IN FILING

Pursuant to the Northern District of California's Local Rule 5-1(i)(3), I attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: November 20, 2017　　　　　　　SIMPSON THACHER & BARTLETT LLP

By: /s/ *Jeffrey E. Ostrow*

Jeffrey E. Ostrow (SBN 213118)
jostrow@stblaw.com
Michael H. Joshi (SBN 302184)
michael.joshi@stblaw.com
2475 Hanover Street
Palo Alto, California 94304
Telephone: (650) 251-5000
Facsimile: (650) 251-5002

Noah M. Leibowitz (*Pro Hac Vice*)
nleibowitz@stblaw.com
425 Lexington Avenue
New York, New York 10017
Telephone: (212) 455-2000
Facsimile: (212) 455-2502

*Attorneys for Plaintiff*

**[PRO~~POSED~~] ORDER**

Pursuant to foregoing stipulation, IT IS SO ORDERED that that the Claim Construction Schedule (D.I. 58) is amended as follows:

| Event | Date Set Forth in Original Claim Construction Schedule (D.I. 58) | New Date |
|---|---|---|
| Plaintiff's Opening Claim Construction Brief | November 22, 2017 | D~~ecember 1, 2017~~ November 29, 2017 |
| Defendants' Responsive Claim Construction Brief | December 6, 2017 | December ~~15,~~ 2017 . 6 |
| Plaintiff's Reply Claim Construction Brief | December 13, 2017 | December ~~22,~~ 2017 13 |
| Technology Tutorial | | January 16, 2018 (10:00 a.m.) |
| *Markman* Hearing | | January 29, 2018 (2:~~30 p.m.~~) 10:00 am |

DATED: \_\_\_11/21_____, 2017



IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen