UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTRI-PLEX TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> NHK INTERNATIONAL CORPORATION, et al., <br><br> Defendants. | Case No. 17-cv-01097-EMC <br><br> **ORDER RE JOINT LETTERS OF APRIL 6, 2018** <br><br> Docket No. 87-88 |

The Court has reviewed the joint letters filed by the parties on April 6, 2018, and hereby rules as follows:

1. **The Court advances the case management conference from August 2, 2018, to May 10, 2018, at 10:30 a.m.** One week before the conference, the parties shall file a joint statement regarding a pretrial and trial schedule for the remainder of this case. Prior to filing the joint statement, the parties shall meet and confer to discuss an appropriate pretrial and trial schedule. To guide the parties' meet and confer, the Court notes that it shall not delay resolution of this case nor shall it coordinate this case with the other cases before Judge Freeman and Judge Orrick.

2. Because litigation in this case shall proceed and shall not depend on litigation before Judge Freeman and Judge Orrick, the depositions in this case shall not be delayed. (Although Defendants state that they intend to move for a stay based on an inter partes review, no motion has been filed as of yet.) The Court therefore orders the parties to meet and confer to see if they can reach agreement on their remaining disputes (*e.g.*, where the depositions will take place

///

///

and whether Plaintiff's new motion to amend its infringement contentions may necessitate depositions). If no agreement is reached, then the parties shall promptly file a joint letter.

This order disposes of Docket Nos. 87 and 88.

**IT IS SO ORDERED**.

Dated: April 10, 2018

_____
EDWARD M. CHEN
United States District Judge