Jeffrey E. Ostrow (SBN 213118)
jostrow@stblaw.com
Michael H. Joshi (SBN 302184)
michael.joshi@stblaw.com
SIMPSON THACHER & BARTLETT LLP
2475 Hanover Street
Palo Alto, California 94304
Telephone:   (650) 251-5000
Facsimile:   (650) 251-5002

Noah M. Leibowitz (*Pro Hac Vice*)
nleibowitz@stblaw.com
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, New York 10017
Telephone:   (212) 455-2000
Facsimile:   (212) 455-2502

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| INTRI-PLEX TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> NHK INTERNATIONAL CORPORATION; NHK SPRING CO., LTD.; OGAKI SEIKO CO., LTD.; AND SEIKO HIGH TEC CORP. <br><br> Defendants. | Case No. 3:17-cv-01097-EMC <br><br><br> **STIPULATION AND [PROPOSED] ORDER AMENDING MOTION FOR SUMMARY JUDGMENT BRIEFING AND HEARING SCHEDULE** |

WHEREAS, Plaintiff Intri-Plex Technologies, Inc. ("IPT") and Defendants NHK International Corporation, NHK Spring Co., LTD., Ogaki Seiko Co., LTD., and Seiko High Tec Corp. (collectively, "Defendants") filed a Motion for Summary Judgment Of Invalidity Based on Indefiniteness Under 35 U.S.C. § 112 on April 10, 2018 (D.I. 90);

WHEREAS, IPT's response to Defendants' motion for summary judgment is currently due on April 24, 2018;

WHEREAS, Defendants' reply in support of their motion for summary judgment is currently due on May 1, 2018;

WHEREAS, the motion hearing has been noticed for May 24, 2018 at 1:30 pm;

WHEREAS, pursuant to L.R. 6-2(a)(1), the parties state that they have agreed to an extension of the time for the opposition and reply briefing to allow time for depositions of declarants who provide declarations in support of the motion or opposition, and correspondingly have agreed to a later date for the motion hearing, at the Court's convenience;

WHEREAS, IPT retains all rights to argue that an issue of fact precludes summary judgment;

WHEREAS, pursuant to L.R. 6-2(a)(2), the parties state that IPT previously filed an administrative motion regarding time to file a consent or declination to proceed before a magistrate judge (D.I. 17) and the parties previously extended by stipulation (1) the time for Defendants to answer or otherwise move in response to the complaint (D.I. 19) and (2) the time for the Claim Construction briefing (D.I. 68), but that no other time modification has been made in the case;

WHEREAS, pursuant to L.R. 6-2(a)(3), the parties state that they do not believe the requested time modification will have an effect on the remaining schedule for the case;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, subject to the approval of the Court, that the Motion for Summary Judgment (D.I. 90) briefing and hearing schedule is amended as follows:

| Event | Date Set Forth in D.I. 90 | New Date |
| --- | --- | --- |
| Response due | April 24, 2018 | May 8, 2018 |
| Reply due | May 1, 2018 | May 17, 2018 |

| Motion hearing | May 24, 2018 at 1:30 pm | May 31, 2018 at 1:30 pm, or at the Court's convenience |

DATED: April 20, 2018            Respectfully submitted,

SIMPSON THACHER & BARTLETT LLP

By:    */s/ Jeffrey E. Ostrow*

        Jeffrey E. Ostrow (SBN 213118)
        jostrow@stblaw.com
        Michael H. Joshi (SBN 302184)
        michael.joshi@stblaw.com
        2475 Hanover Street
        Palo Alto, California 94304
        Telephone: (650) 251-5000
        Facsimile: (650) 251-5002

        Noah M. Leibowitz (*Pro Hac Vice*)
        nleibowitz@stblaw.com
        Simpson Thacher & Bartlett LLP
        425 Lexington Avenue
        New York, New York 10017
        Telephone: (212) 455-2000
        Facsimile: (212) 455-2502

*Attorneys for Plaintiff Intri-Plex Technologies, Inc.*

DATED: April 20, 2018            SINGULARITY LLP

By:    */s/ Frank L. Bernstein*

        Frank L. Bernstein (State Bar No. 189504)
        555 Twin Dolphin Drive, Suite 610
        Redwood Shores, CA 94065
        Telephone: (650) 720-4650
        Facsimile: (650) 720-4662
        fbernstein@ipsingularity.com

        William H. Mandir (*Pro Hac Vice*)
        John F. Rabena (*Pro Hac Vice*)
        Yoshinari Kishimoto (*Pro Hac Vice*)
        Fadi Kiblawi (*Pro Hac Vice*)
        Andrew Ritter (*Pro Hac Vice*)
        Arun Shome (*Pro Hac Vice*)
        SUGHRUE MION, PLLC
        2100 Pennsylvania Ave. NW
        Washington, DC 20037
        Telephone: (202) 293-7060
        Facsimile: (202) 293-7860

*Attorneys for Defendants*

## SIGNATURE ATTESTATION

Pursuant to Local Rule 5-1(i)(3), I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Frank L. Bernstein.

/s/ *Jeffrey E. Ostrow*
Jeffrey E. Ostrow

# [PROPOSED] ORDER

Pursuant to the foregoing stipulation, IT IS SO ORDERED that the briefing and hearing schedule on the Defendants' Motion for Summary Judgment (D.I. 90) is amended as follows:

| Event | Date Set Forth in D.I. 90 | New Date |
|---|---|---|
| Response due | April 24, 2018 | May 8, 2018 |
| Reply due | May 1, 2018 | May 17, 2018 |
| Motion hearing | May 24, 2018 at 1:30 pm | May 31, 2018 at 1:30 pm, or at the Court's convenience |

DATED: 4/23/2018 _____



EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
Judge Edward M. Chen