# OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
### Northern District of California
## CIVIL MINUTES

**Date:** 5/10/2018     **Time:** 19 minutes     **Judge:** EDWARD M. CHEN

**Case No.**: 17-cv-01097-EMC     **Case Name:** Intri-Plex Technologies, Inc. v. NHK International Corporation

**Attorney for Plaintiff:** Noah Leibowitz

**Attorney for Defendant:** Frank Bernstein, William Mandir and Fadi Kiblawi

**Deputy Clerk:** Betty Lee     **Court Reporter:** Pam Batalo

## PROCEEDINGS

- Plaintiff's Motion for Leave to Amend Its Disclosure of Asserted Claims and Infringement Contentions (telephonically)

## SUMMARY

For the reasons stated on the record, Plaintiff's Motion for Leave to Amend Its Disclosure of Asserted Claims and Infringement Contentions is granted. Regarding the addition of more IPT products, the Court is permitting the amendment based on Plaintiff's representation that the sole purpose for which it will use the products is to show commercial success/nonobviousness. Plaintiff shall promptly provide sales information regarding IPT products to Defendants. The parties shall meet and confer to the extent Defendants need more clarity regarding Plaintiff's amended infringement contentions (e.g., "minor edits" made). Defendants have leave to amend their invalidity contentions based on the amendment Plaintiff has made here with respect to its infringement contentions.

If any disputes arise, the parties shall file a joint letter with the Court by 5/15/18.

5-court day jury trial set for 3/25/19 at 8:30 a.m. Mediation set for 7/10/18. Court to issue case management and pretrial order.

Status conference is set for 9/6/18 at 10:30 a.m. An updated joint status report shall be filed by 8/30/18.