SQUIRE PATTON BOGGS (US) LLP
Frank L. Bernstein (State Bar No. 189504)
frank.bernstein@squirepb.com
1801 Page Mill Road, Suite 110
Palo Alto, California 94304
Telephone: (650) 856-6500
Facsimile: (650) 843-8777

SUGHRUE MION PLLC
William H. Mandir (*pro hac vice*)
wmandir@sughrue.com
John F. Rabena (*pro hac vice*)
jrabena@sughrue.com
Yoshinari Kishimoto (*pro hac vice*)
ykishimoto@sughrue.com
Fadi Kiblawi (*pro hac vice*)
fkiblawi@sughrue.com
2100 Pennsylvania Avenue, NW
Washington, DC 20037
Telephone: (202) 293-7060
Facsimile: (202) 293-7860

*Attorneys for Defendants*
*NHK International Corporation; NHK Spring Co.,*
*Ltd.; Ogaki Seiko Co., Ltd.; And Seiko High Tec Corp.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| INTRI-PLEX TECHNOLOGIES, INC.,<br><br>Plaintiff,<br><br>v.<br><br>NHK INTERNATIONAL CORPORATION; NHK SPRING CO., LTD.; OGAKI SEIKO CO., LTD.; AND SEIKO HIGH TEC CORP.,<br><br>Defendants. | Case No. 3:17-cv-01097-EMC<br><br>**STIPULATION AND [PROPOSED] ORDER TO APPEAR AT CASE MANAGEMENT CONFERENCE TELEPHONICALLY**<br><br>Judge: Hon. Edward M. Chen<br><br>Date: September 27, 2018<br>Time: 10:30 a.m.<br>Courtroom: 5, 17th Floor |

SQUIRE PATTON BOGGS (US) LLP
1801 Page Mill Road, Suite 110
Palo Alto, California 94304

Plaintiff Intri-Plex Technologies, Inc. ("Plaintiff" or "IPT") and Defendants NHK International Corporation, NHK Spring Co., Ltd., Ogaki Seiko Co., Ltd., and Seiko High Tec Corp., (collectively, "Defendants") hereby submit this stipulation to appear telephonically at the Case Management Conference (D.I. 135), scheduled for September 27, 2018 at 10:30 a.m.

IT IS HEREBY STIPULATED AND AGREED, subject to the approval of the Court, that counsel for both IPT and Defendants will appear at the September 27, 2018 Case Management Conference telephonically.

Dated: September 24, 2018   SQUIRE PATTON BOGGS (US) LLP

By:*/s/ Frank L. Bernstein*
Frank L. Bernstein (State Bar No. 189504)
frank.bernstein@squirepb.com
1801 Page Mill Road, Suite 110
Palo Alto, CA 94304
Telephone: (650) 856-6500
Facsimile: (650) 843-8777

*Attorneys for Defendants NHK International Corporation; NHK Spring Co., Ltd.; Ogaki Seiko Co., Ltd.; and Seiko High Tec Corp.*

SIMPSON THACHER & BARTLETT LLP

By:*/s/ Jeffrey E. Ostrow*
Jeffrey E. Ostrow (State Bar No. 213118)
jostrow@stblaw.com
Michael H. Joshi (State Bar No. 302184)
michael.joshi@stblaw.com
2475 Hanover Street
Palo Alto, California 94304
Telephone: (650) 251-5000
Facsimile: (650) 251-5002

DECHERT LLP

Noah M. Leibowitz (pro hac vice)
noah.leibowitz@dechert.com
Three Bryant Park
1095 Avenue of the Americas
New York, New York 10036
Telephone: (212) 698-3538
Facsimile: (212) 698-3599

*Attorneys for Plaintiff Intriplex Technologies, Inc.*

## SIGNATURE ATTESTATION

Pursuant to Local Rule 5-1(i)(3), I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Jeffrey E. Ostrow.

*/s/ Frank L. Bernstein*
Frank L. Bernstein

# [~~PROPOSED~~] ORDER

The Court, having considered the parties' stipulation to appear telephonically at the Case Management Conference on September 27, 2018 at 10:30 a.m., hereby GRANTS the motion. Parties shall make arrangements with Court Call.

IT IS SO ORDERED.

DATED: 9/26/18

_____
Edward M. Chen
United States District Judge