UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTRI-PLEX TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> NHK INTERNATIONAL CORPORATION, et al., <br><br> Defendants. | Case No. 17-cv-01097-EMC <br><br> **ORDER ADOPTING REPORT AND RECOMMENDATION; AND DENYING PLAINTIFF'S MOTION FOR RELIEF FROM NONDISPOSITIVE PRETRIAL ORDER OF MAGISTRATE JUDGE** <br><br> Docket Nos. 167, 170 |

Previously, the Court referred Defendants' motion for leave to amend their invalidity contentions to a magistrate judge. On January 15, 2019, Judge Laporte issued her report and recommendation ("R&R") on Defendants' motion. More specifically, Judge Laporte recommended that Defendants' motion be granted. *See* Docket No. 167 (R&R). Subsequently, IPT objected to the R&R by filing a motion for relief. *See* Docket No. 170 (motion). The Court has reviewed Judge Laporte's R&R, IPT's objections, and the underlying briefing on the motion for leave to amend. Having done so, the Court finds Judge Laporte's R&R thorough, complete, and well reasoned and therefore adopts it in every respect. The Court accordingly denies IPT's motion for relief from Judge Laporte's R&R.

This order disposes of Docket Nos. 167 and 170.

**IT IS SO ORDERED**.

Dated: February 25, 2019

_____
EDWARD M. CHEN
United States District Judge