United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SINCO TECHNOLOGIES PTE LTD., <br><br> Plaintiff, <br><br> v. <br><br> SINCO ELECTRONICS (DONGGUAN) CO. LTD., et al., <br><br> Defendants. | Case No. 17-cv-05517-EMC <br><br> **ORDER GRANTING IN PART AND DENYING IN PART DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL** <br><br> Docket No. 221 |

Defendants have moved to file under seal certain documents filed in conjunction with their reply in support of Defendants' summary judgment motion. Having reviewed Defendants' motion and all relevant declarations, the Court hereby **GRANTS** in part and **DENIES** in part the motion to file under seal.

The motion is granted as to:

- Exhibits CC-FF; and
- text related to the above exhibits in the reply brief.

The motion is denied as to:

- Exhibits GG, LL, and MM; and
- text related to the above exhibits in the reply brief.

Defendants shall publicly file Exhibits GG, LL, and MM within one week of the date of this order.

///

///

///

In addition, by the same date, the parties shall meet and confer regarding a new public version of the reply brief, and Defendants shall file the new public version of the opposition brief.

This order disposes of Docket No. 221.

**IT IS SO ORDERED**.

Dated: May 24, 2019

_____
EDWARD M. CHEN
United States District Judge