UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SINCO TECHNOLOGIES PTE LTD., <br><br> Plaintiff, <br><br> v. <br><br> SINCO ELECTRONICS (DONGGUAN) CO. LTD., et al., <br><br> Defendants. | Case No. 17-cv-05517-EMC <br><br> **ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL** <br><br> Docket No. 211 |

Plaintiff has moved to file under seal certain documents filed in conjunction with its opposition to Defendants' summary judgment motion. Having reviewed Plaintiffs' motion and all relevant declarations, the Court hereby **GRANTS** in part and **DENIES** in part the motion to file under seal.

The motion is granted as to:

- the Hanrahan Declaration and Exhibits 4-8, 10-12, KH-1 to -2, and LF-2 to -4;
- Exhibit 13;
- Exhibits 17 (as narrowed by Defendants), 23-24, and 28-30; and
- text related to the above exhibits in the opposition brief.

The motion is denied as to:

- Exhibits 1, 14-16, 18-22, and 31-32; and
- text related to the above exhibits in the opposition brief.

Plaintiff shall publicly file Exhibits 1, 14-16, 18-22, and 32-32 within one week of the date of this order.

In addition, by the same date, the parties shall meet and confer regarding a new public

version of the opposition brief, and Plaintiff shall file the new public version of the opposition brief.

This order disposes of Docket No. 211.

**IT IS SO ORDERED**.

Dated: May 24, 2019

_____
EDWARD M. CHEN
United States District Judge